

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed September 24, 2018

_____
United States Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## ABILENE DIVISION

| | |
|---|---|
| IN RE: § | CASE NO: 17-10180 |
| § | |
| SCOTT O MCGUIRE § | CHAPTER 13 |
| ASHLEY NICOLE MCGUIRE § | |
| § | HEARING DATE: 10/3/2018 |
| DEBTOR(S), § | |
| § | HEARING TIME: 11:00 AM |

**ORDER APPROVING TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (if required)**

On this day came to be heard the Trustee's Recommendation Concerning Claims and Plan Modification (if required) (TRCC). It appears to the Court that due notice has been given to all creditors, Debtors and Debtors' counsel, if any, and the TRCC complies with Bankruptcy Rule 3007, General Order 2017-01, and the confirmed plan in this case.

IT IS THEREFORE ORDERED, that treatment as indicated in the TRCC shall commence the month following the hearing date referenced above, and

IT IS THEREFORE ORDERED, that the objection to creditor claims in Section I and II shall be allowed as indicated in the TRCC, and

IT IS THEREFORE ORDERED, that the creditor claims and treatment in Section III shall be allowed as indicated in the TRCC, and

IT IS THEREFORE ORDERED, that pursuant to 11 U.S.C. Section 1329, and in accordance with General Order 2017-01 Section 16, the Trustee's Modification of Debtors' Confirmed Plan, shall be approved as follows:

Army & Air Force Exchange Services secured claim#13 $8,036.62 shall have a value of $649.25 and a monthly payment of $29.00 beginning 6/2018 in order to pay claim within the remaining term of the plan. Pursuant to the Agreed Order Concerning Santander's Motion for Relief from Automatic Stay, document #27, the automatic stay has been terminated and lifted regarding the Debtors' 2007 Mazda CX-9.

# # # End of Order # # #


/s/ Robert B. Wilson
Robert B. Wilson
Chapter 13 Trustee